NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-8004

CYNTHIA WOODWARD, on behalf of herself
and minor daughter MOLLY WOODWARD,
ASHLEY MARTIN individually and
BRANDON MARTIN individually,

Petitioners,

v.

DEPARTMENT OF JUSTICE,

Respondent.

Petition for review of the decision of the Bureau of Justice Assistance in
PSOB claim no 2004-13.

ON MOTION

Before NEWMAN, Circuit Judge.

## O R D E R

Cynthia Woodward et al. (Woodward) move to supplement the record to include various documents not before the Bureau of Justice Assistance.  The Department of Justice opposes and moves to strike any portion of Woodard's brief referencing those documents.  The Department also moves for an extension of time to file its opposition.  Woodward replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion to supplement the record is deferred for consideration by the merits panel that is assigned to hear the case.

(2)     A copy of this order and the motions papers shall be transmitted to the merits panel assigned to hear this case.  The motion to strike is denied without prejudice to the Department moving to strike within its brief.

(3)     The Department's motion for an extension of time is granted.

(4)     The Department's brief is due within 40 days of the date of filing of this order.

FOR THE COURT

MAY 1 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 9 2009

JAN HORBALY
CLERK

cc:     Tara S. Emory, Esq.
        Tara K. Hogan, Esq.

s19